# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JASON McGUIRE,

    Plaintiff,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, *et al.*,

    Defendants.

_____/

Case No. 09-14917
Hon. Gerald E. Rosen
Magistrate Judge Michael Hluchaniuk

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    October 29, 2010

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On September 29, 2010, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R & R") recommending that the Court dismiss this case with prejudice in light of Plaintiff's failure to prosecute his claims. No objections have been filed to the R & R, and the 14-day period for doing so has expired.

Upon reviewing the Magistrate Judge's R & R and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

September 29, 2010 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, this case will be DISMISSED WITH PREJUDICE through a separate judgment of dismissal.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendants' June 14, 2010 motion for summary judgment (docket #12) is DENIED AS MOOT.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  October 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 29, 2010, by electronic mail and upon Jason McGuire, 22500 Clear Lake Drive, Farmington Hills, MI 48335 by ordinary mail.

        s/Ruth A. Gunther
        Case Manager